08-3727-cv
Gupta v. Commissioner of Social Security

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of January, two thousand ten.

PRESENT: DENNIS JACOBS,
                 <u>Chief Judge</u>,
      ROBERT D. SACK,
      PETER W. HALL,
                 <u>Circuit Judges</u>.

- - - - - - - - - - - - - - - - - - - - -X

VINAY K. GUPTA,

      <u>Plaintiff-Appellant</u>,

      -v.-                        08-3727-cv

COMMISSIONER OF SOCIAL SECURITY,

      <u>Defendant-Appellee</u>.
- - - - - - - - - - - - - - - - - - - -X

APPEARING FOR APPELLANT:     VINAY K. GUPTA, <u>pro se</u>,
                                    Wappinger Falls, N.Y.

**APPEARING FOR APPELLEE:**     JOHN E. GURA, JR., Assistant United States Attorney (Sarah S. Normand, on the brief,) for LEV L. DASSIN, Acting United States Attorney for the Southern District of New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Francis, M.J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Plaintiff-appellant Vinay K. Gupta appeals from a final judgment of the United States District Court for the Southern District of New York (Francis, M.J.), which granted judgment on the pleadings to defendant-appellee Commissioner of Social Security ("Commissioner").  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

"'On appeal, we conduct a plenary review of the administrative record to determine if there is substantial evidence, considering the record as a whole, to support the Commissioner's decision and if the correct legal standards have been applied.'"  Burgess v. Astrue, 537 F.3d 117, 128 (2d Cir. 2008) (quoting Shaw v. Chater, 221 F.3d 126, 131 (2d Cir. 2000)).  Having reviewed Gupta's contentions on appeal, the record of the proceedings before Magistrate Judge Francis, and the administrative record, we affirm for substantially the reasons stated in the March 7, 2008 order and incorporated in the April 2, 2008 order.  We find no merit in Gupta's arguments.

Accordingly, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK


By:_____

2